Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO LOPEZ CUAHUTLE,<br><br>Plaintiff,<br>v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>Defendants. | NO. 2:20-cv-00531-RSM<br><br>Stipulated Motion to Extend Deadline<br><br>Note on Motion Calendar:<br>July 22, 2020 |

Pursuant to Local Rule 10(g), the parties hereby jointly stipulate and move for a 60-day extension of Defendants' deadline to Answer the Complaint. The Answer is currently due on August 4, 2020; the new deadline would be October 5, 2020.

The parties submit there is good cause for an extension of this deadline. Defendants are working on scheduling Plaintiff's I-485 interview and intend to adjudicate the I-485 Application for lawful permanent resident status promptly thereafter. Adjudication of Plaintiff's I-485 Application would fully resolve this mandamus action without the time and expense of further litigation.

Accordingly, the parties seek a 60-day extension of Defendants' deadline to file the

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 21, 2020

*s/ Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

*Attorney for Plaintiff*

DATED: July 21, 2020

*s/ Michelle R. Lambert*
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

STIPULATED MOTION TO EXTEND DEADLINE
2:20-cv-531-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 22nd day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-531-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970