Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO LOPEZ CUAHUTLE,<br><br>　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>　　　　　　　　　　　Defendants. | NO. 2:20-cv-00531-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Note on Motion Calendar:<br>November 19, 2020 |

On November 18, 2020, Defendant USCIS has approved Plaintiff Alejandro Lopez Cuahutle's I-485 application. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

//

//

STIPULATED MOTION TO DISMISS
2:20-cv-531-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*//*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 19, 2020          *s/ Alexandra Lozano*
                                  ALEXANDRA LOZANO, WSBA #40478
                                  Alexandra Lozano Immigration Law
                                  16400 Southcenter Pkwy., Suite 410
                                  Tukwila, WA 98188
                                  Phone: 206-406-3068
                                  Fax: 206-494-7775
                                  Email: Alexandra@abogadaalexandra.com

                                  *Attorney for Plaintiff*


DATED: November 19, 2020          *s/ Michelle R. Lambert*
                                  MICHELLE LAMBERT, NYS #4666657
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  1201 Pacific Ave, Suite 700
                                  Tacoma, WA 98402
                                  Phone: (253) 428-3824
                                  Email: michelle.lambert@usdoj.gov

                                  *Attorney for Defendants*

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

Dated this 20th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-531-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970